

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00317-CR
No. 02-19-00318-CR
No. 02-19-00319-CR

JOEL ENGOBO MAMBE, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from the 396th District Court
Tarrant County, Texas
Trial Court No. 1550888D, 1550893D, 1550895D

---

### ORDER

On the court's own motion, it is ORDERED that the sealed pre-sentence investigation report be filed in this court no later than **Tuesday, April 21, 2020**.

This report will be returned to the clerk of the trial court upon issuance of the mandates.

The clerk of this court is directed to transmit a copy of this order to the attorneys of record, the trial court clerk, and the court reporter.

Dated April 14, 2020.

Per Curiam